## Commonwealth *v.* Sweet, Appellant.

Argued March 10, 1975. *N. A. Patterson,* for appellant; *Keith B. Quigley,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Argued March 24, 1975. *Kalvin Kahn,* for appellant; *Glenn S. Gitomer,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wilson, Appellant.

Argued March 21, 1975. *Michael A. Klimpl,* Assistant Public Defender, for appellant; *Peter F. Schenck,* Assistant District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.